UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Stone, Esquire
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtor

Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**Harriet Riggs Harold,**

Debtor.

Case No.:   19-16464
Chapter   7
Hearing Date:  5/13/2019
Judge:   Michael B. Kaplan

## ORDER PERMITTING MEETING OF CREDITORS TO BE CONDUCTED VIA TELEPHONE

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: May 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Harriet Riggs Harold
Case No.: 19-16464 (MBK)
Caption: **ORDER PERMITTING MEETING OF CREDITORS TO BE CONDUCTED VIA TELEPHONE**

---

**THIS CAUSE** being brought by Jonathan Stone, Esquire, attorney for Debtor, pursuant to the Motion Permitting Meeting of Creditors to be Conducted Via Telephone (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by Debtor in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, Defendant having established good and sufficient cause to grant said relief; and

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and that it is

**FURTHER ORDERED** that the 341(a) meeting of creditors for the Debtor shall be conducted via a three-way telephone conference call among Jonathan Stone, Debtor's attorney, the Standing Chapter 13 Trustee and the Debtor at a mutually convenient time to be arranged among the parties; and that it is

**FURTHER ORDERED** that the Debtor shall provide a photocopy of his picture identification and proof of his social security number to the Standing Chapter 13 Trustee prior to the 341 hearing; and it is

**FURTHER ORDERED** that the Debtor's attorney, or a member of his staff, shall review their original photo identification and original social security card; and it is

**FURTHER ORDERED** that notwithstanding any provision of the Federal Rules of Bankruptcy Procedure or Local Rules of the Court to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and no automatic stay of execution shall apply to this Order; and it is

**SO ORDERED.**