UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004–1(b)

Jonathan Stone, Esquire
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979-9919 / Fax. (908) 979-9920
jonstonelaw@gmail.com
Attorney for Debtor

Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Harriet Riggs Harold,

        Debtor.

Case No.:   19-16464
Chapter     7
Hearing Date:  5/13/2019
Judge:      Michael B. Kaplan

## ORDER PERMITTING MEETING OF CREDITORS TO BE CONDUCTED VIA TELEPHONE

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: May 13, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Harriet Riggs Harold
Case No.: 19-16464 (MBK)
Caption: **ORDER PERMITTING MEETING OF CREDITORS TO BE CONDUCTED VIA TELEPHONE**

---

**THIS CAUSE** being brought by Jonathan Stone, Esquire, attorney for Debtor, pursuant to the Motion Permitting Meeting of Creditors to be Conducted Via Telephone (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by Debtor in the Motion is consistent with the applicable provisions of Title 11 of the United States Code, and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, Defendant having established good and sufficient cause to grant said relief; and

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED**, and that it is

**FURTHER ORDERED** that the 341(a) meeting of creditors for the Debtor shall be conducted via a three-way telephone conference call among Jonathan Stone, Debtor's attorney, the Standing Chapter 13 Trustee and the Debtor at a mutually convenient time to be arranged among the parties; and that it is

**FURTHER ORDERED** that the Debtor shall provide a photocopy of his picture identification and proof of his social security number to the Standing Chapter 13 Trustee prior to the 341 hearing; and it is

**FURTHER ORDERED** that the Debtor's attorney, or a member of his staff, shall review their original photo identification and original social security card; and it is

**FURTHER ORDERED** that notwithstanding any provision of the Federal Rules of Bankruptcy Procedure or Local Rules of the Court to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and no automatic stay of execution shall apply to this Order; and it is

**SO ORDERED.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-16464-MBK
Harriet Riggs Harold                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: May 13, 2019
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db          +Harriet Riggs Harold,   9 Canterbury Lane,   Hackettstown, NJ 07840-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan Stone    on behalf of Debtor Harriet Riggs Harold jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Fifth Third Bank rsolarz@kmllawgroup.com
              Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5