| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Harriet Riggs Harold** | Social Security number or ITIN   xxx–xx–3480 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–16464–KCF | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harriet Riggs Harold

7/5/19

**By the court:** Kathryn C. Ferguson
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16464-KCF
Harriet Riggs Harold                                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 08, 2019
                             Form ID: 318          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db              +Harriet Riggs Harold,    9 Canterbury Lane,    Hackettstown, NJ 07840-3437
518153561       +City of Grand Prairie,    1525 Arkansas Lane,    3rd Floor,    Grand Prairie, TX 75052-7401
518153562       +City of Grande Prarie,    1525 Arkansas Lane - Third Floor,    Grand Prairie, TX 75052-7401
518153564       +Edfinancial Svcs,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
518153565       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
518153566        Fifth Third Bank,    PO Box 63900 CC 3110,    Hackettstown, NJ 07840-3437
518153567        GC Services Limited Partnership,    Dept. HOVS 064,    PO Box 3044,    Livonia, MI 48151-3044
518153568       +Radius Global Solution,    7831 Glenroy Rd Ste 250,    Edina, MN 55439-3117
518153572       +Texas Health Physicians Group,    612 E. Lamar Blvd.,    Arlington, TX 76011-4121
518153574       +Windridge Apartments,    2301 E. Avenue H,    Grand Prairie, TX 75050-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QTJORR.COM Jul 09 2019 04:53:00     Thomas Orr,    Law Office of Thomas J. Orr,
                 321 High Street,    Burlington, NJ 08016-4411
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 01:30:29     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 01:30:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518153559        EDI: AMEREXPR.COM Jul 09 2019 04:53:00     American Express,    Customer Care,    PO Box 981535,
                 El Paso, TX 79998-1535
518153560       +EDI: AMEREXPR.COM Jul 09 2019 04:53:00     Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518153563       +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Jul 09 2019 01:31:29      Credit Systems Intl In,
                 1277 Country Club Ln,    Fort Worth, TX 76112-2304
518153569        E-mail/Text: dl-csgbankruptcy@charter.com Jul 09 2019 01:32:00      Spectrum,
                 4145 S. Falkenburg Road,    Riverview, FL 33578-8652
518153570       +EDI: RMSC.COM Jul 09 2019 04:53:00     Syncb/sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
518153571       +EDI: RMSC.COM Jul 09 2019 04:53:00     Syncb/walmart Dc,    PO Box 965024,
                 Orlando, FL 32896-5024
518154658       +EDI: RMSC.COM Jul 09 2019 04:53:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518153573        E-mail/Text: txulec09@vistraenergy.com Jul 09 2019 01:30:58      TXU Energy,    6555 Sierra Drive,
                 Irving, TX 75039
                                                                                          TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                           Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Fifth Third Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jonathan Stone   on behalf of Debtor Harriet Riggs Harold jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Rebecca Ann Solarz   on behalf of Creditor   Fifth Third Bank rsolarz@kmllawgroup.com
          Thomas Orr   tom@torrlaw.com,   Torr@ecf.axosfs.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 5